UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**HARRY A. CANTRELL and
MARY CANTRELL,**

    **Debtors.**

) Case No.: 3:10-bk-04502-JAF
) Chapter 11
)
)
)

## ORDER ON UNITED STATES TRUSTEE'S
## MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7

THIS CASE came before the Court on March 3, 2011 for preliminary hearing on the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 (Docket No.: 44, the "Motion to Dismiss"). The Court, having considered the Motion to Dismiss and the positions of interested parties, finds that, as stated orally and recorded in open court, unusual circumstances exist such that dismissal or conversion is not in the best interests of creditors. Accordingly, it is

ORDERED THAT:

1. The Debtors shall, within 10 days of the entry of this order, provide the United States Trustee with proof of insurance for the six vehicles listed on Schedule B.

2. The Debtors shall, within 10 days of the entry of this order, provide proof of closing all pre-petition bank account(s), or at a minimum an acceptable explanation for any account that remains open.

3. The Debtors shall, within 45 days of the entry of this order, file a plan and disclosure statement.

4. In the event the Debtors fail to comply with the requirements set forth in paragraph (1), (2) and (3) of this Order, the United States Trustee may file a Notice of

Non-Compliance. In the event a Notice of Non-Compliance is filed, the case will be dismissed without further hearing.

    DONE and ORDERED in Jacksonville, Florida on this the 10th day of March 2011.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties (Service by BNC)